# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

IN RE:  COLLEEN CHANNING ADAMS               No. 1:23-mc-00024-WJ

## ORDER TO SHOW CAUSE

The Supreme Court of the State of New Mexico ordered that Colleen Channing Adams is "SUSPENDED" from the practice of law.  Second Amended Order of Suspension, *In the Matter of the Suspension of Active Members of the State Bar of New Mexico for Noncompliance with New Mexico Supreme Court Order No. 22-8500-029*, No. S-1-AO-2023-00004, filed June 28, 2023 (N.M.).

The Local Rules of Civil Procedure for the District of New Mexico do not allow an attorney who has been suspended from the practice of law to practice before this Court:

> An attorney admitted to the bar of this court must remain in good standing in all courts where admitted.  In good standing means not suspended or disbarred by any court for any reason.  An attorney whose suspension or disbarment has been stayed by order of the disciplining court prior to the effective date of the suspension or disbarment remains in good standing.  An attorney who is not in good standing may not practice before the bar of this court or continue to be an attorney of record in any pending case....

D.N.M.LR-Civ. 83.2(c) ("Rule of Good Standing").

Ms. Adams shall, within 21 days of entry of this Order, show cause in writing why the Court should not suspend her in accordance with D.N.M.LR-Civ. 83.2(c) due to her suspension by the Supreme Court of the State of New Mexico.  Any written response to this Order to Show Cause must address the standards for relief from the Rule of Good Standing.  *See* D.N.M.LR-Civ. 83.2(d)(2).  Failure to timely show cause will result in suspension from the Federal Bar of the District of New Mexico.

Ms. Adams may, within 21 days of entry of this Order, request that the undersigned appoint a Panel of Judges to review the State of New Mexico's disciplinary proceedings.  *See* D.N.M.LR-Civ. 83.10(a).  Because the Panel may decide it is not necessary to conduct a hearing to determine whether discipline, suspension or disbarment is appropriate, any request for the appointment of a Panel of Judges must include all the materials Ms. Adams wishes the Panel to review.

**IT IS SO ORDERED.**

_____
**WILLIAM P. JOHNSON**
**CHIEF UNITED STATES DISTRICT JUDGE**